# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHAYA DEVA, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>MONROE T. GAULTNEY, et al.,<br>    Defendants. | EDCV 18-1132 DSF (JEMx)<br><br>JUDGMENT |

The Court having granted a motion to dismiss with leave to amend and plaintiffs having failed to amend,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: October 24, 2018

                                          Dale S. Fischer
                                          United States District Judge